(101 So. 906)

**Ex parte Tim HALLMARK. (5 Div. 904.)**

(Supreme Court of Alabama, Oct. 30, 1924. Rehearing Denied Nov. 20, 1924.)

Certiorari to Court of Appeals.

Walter S. Smith, of Lineville, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

GARDNER, J. Petition of Tim Hallmark for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Hallmark v. State, 20 Ala. App. 281, 101 So. 905.

Writ denied.

ANDERSON, C. J., and SAYRE AND MILLER, JJ., concur.